IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BATTINIERI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5294 |
| | : | |
| ALPHA RECOVERY CORPORATION | : | |

## ORDER

**AND NOW**, this 11th day of December 2015, upon consideration of the Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 4), it is **ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(i) and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

KEARNEY, J.